UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA,

    - against -

ONE HUNDRED SEVENTY-NINE THOUSAND
SIX HUNDRED TWENTY DOLLARS AND NO
CENTS ($179,620.00), MORE OR LESS, IN
UNITED STATES CURRENCY, SEIZED
FROM JOHN FREDDY MOSQUERA AT JFK
AIRPORT ON OR ABOUT MARCH 4, 2012
AND ALL PROCEEDS TRACEABLE THERETO,

    Defendants in rem
----------------------------------------------------------x

**VERIFIED CLAIM**

Civil Action
No. 12-CV-3133 9 (ARR)

    Now comes, JOHN FREDY MOSQUERA, being duly sworn, deposes and says, under the penalties of perjury, that the following is true:

    1.    I, JOHN FREDY MOSQUERA, am the lawful owner of the $179,620.00 in United States currency which was seized by federal authorities on March 4, 2012 at John F. Kennedy Airport in Jamaica, New York. An additional amount of United States currency, $380.00, was also taken from my person, which is not accounted for in the above-mentioned $179,620.00 in United States currency.

    2.    Said $179,620.00 in United States currency, as well as the above-mentioned additional amount of United States currency ($380.00), was not used or intended to be used in exchange for controlled substances or to traffic in controlled substances or to be used to facilitate a violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 et seq.

    3.    Said $179,620.00 in United States currency, as well as the above-mentioned additional amount of United States currency ($380), was intended to be used as part of a property

Page 1 of 2

and/or investment transaction with Mike Stokes of Los Angeles, California

4. I, JOHN FREDY MOSQUERA, have instructed my attorney, James Kirshner, of the Lazzaro Law Firm, P.C., 360 Court Street, Brooklyn, New York, to file this Claim and an Answer, on my behalf, to the Complaint for Forfeiture filed by the government regarding said $179,620.00 in United States currency and/or the additional amount of United States currency mentioned above ($380.00).

Respectfully submitted this 13th day of August, 2012

_____
JOHN FREDY MOSQUERA

Sworn to before me this 13th day of August, 2012

_____
NOTARY PUBLIC

```
JAMES W KIRSHNER
NOTARY PUBLIC STATE OF NEW YORK
NO. 02KI6091853
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES  5/5/15
```